FILED
2014 Mar-25  AM 11:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | |
|---|---|
| DONALD RAY SANDERSON, | ) |
| Petitioner, | ) |
| vs. | ) CASE NO. 6:11-cv-1732-SLB-PWG |
| WARDEN MITCHEM; and the ATTORNEY GENERAL OF THE STATE OF ALABAMA, | ) |
| Respondents. | ) |

## ORDER

In adopting and accepting the magistrate judge's Report and Recommendation, (doc. 11), the court considered the arguments presented in the Petition for Rehearing and Motion to Amend, (doc. 9). To that extent, the Motion is **GRANTED**. To the extent that the Motion seeks to amend the petition to include other arguments, the Motion is **DENIED**.

In accordance with the Memorandum Opinion entered contemporaneously herewith, it is hereby **ORDERED** that the petition for writ of habeas corpus is **DENIED.** This case is **DISMISSED WITH PREJUDICE**.

The parties shall bear their own respective costs.

**DONE** this 24th day of March, 2014.

*Sharon Lovelace Blackburn*
SHARON LOVELACE BLACKBURN
UNITED STATES DISTRICT JUDGE